ROBERT K. PHILLIPS
Nevada Bar No. 11441
DANIEL E. JOSLYN
Nevada Bar No. 14725
**PHILLIPS, SPALLAS & ANGSTADT, LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
djoslyn@psalaw.net

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRENDA JOHNSON, an individual;<br><br>Plaintiff,<br>v.<br><br>WAL-MART STORES, INC., a Delaware Corporation, d/b/a Wal-Mart Supercenter #2402; doing business in Nevada, DOES I through X, and ROE Corporations VI through X, inclusive,<br><br>Defendants. | Case No.:<br><br>[District Court for Elko County, NV, No. CV-C-19-575, Dept. I]<br><br>**DEFENDANT WAL-MART STORES, INC.'S PETITION FOR REMOVAL OF CIVIL ACTION**<br><br>**[JURY DEMAND]** |

COMES NOW Petitioner WAL-MART STORES, INC. (hereinafter "Defendant" or "Walmart"), by and through their attorneys, the law offices of PHILLIPS, SPALLAS & ANGSTADT, LLC, and hereby submits and respectfully shows:

I.

Petitioner WAL-MART STORES, INC. is a named Defendant in the above-entitled action.

II.

The above-entitled action was commenced by Plaintiff BRENDA JOHNSON (hereinafter "Plaintiff") on November 18, 2019, in the Fourth Judicial District Court in and for Elko County, State of Nevada. A true and correct copy of Plaintiff's Complaint is attached hereto as **Exhibit "A."**

Defendant filed an Answer on December 26, 2019. A true and correct copy of Defendant's Answer is attached hereto as **Exhibit "B."** On January 30, 2020, Plaintiff served a "Documents and Witness List Produced by Plaintiff at the NRCP 16.1 Early Case Conference" (the "Disclosure Statement") in which it was stated on pages 5 and 6 that Plaintiff's past medical damages now totaled $17,553.87, her alleged future medical expenses totaled $876.335.34, and her alleged "Loss of Income" damages totaled $1,713,140.00, for a total of $2,607,009.21. A true and accurate copy of Plaintiff's Disclosure Statement is attached hereto as **Exhibit "C."**

III..

This Petition is timely filed pursuant to 28 U.S.C. § 1446(b).

IV.

This is a civil action over which this Court has jurisdiction pursuant to 28 U.S.C. § 1332(a), and is one which may be removed to this Court by Petitioner, pursuant to 28 U.S.C. § 1441(a).

V.

Petitioner is informed, believes, and thereon alleges that Plaintiff Brenda Johnson is, and was at the time this action was commenced, a citizen of the State of Nevada.

VI.

Defendant Wal-Mart Stores, Inc. is, and was at the time this action was commenced, a Delaware corporation with its principal place of business in the State of Arkansas, and therefore a citizen of the State of Delaware and a citizen of the State of Arkansas.

VII.

The above-entitled civil action is for personal and economic damages Plaintiff allegedly incurred from an incident at a Walmart in Elko, Nevada.

VIII.

A copy of Defendant's Petition For Removal Of Civil Action, seeking removal of the above-entitled action to the United States District Court, District of Nevada, together with a copy of the Summons and Complaint, have been deposited with the Deputy Clerk in the County Clerk's office for the Fourth Judicial District Court in and for Elko County, Nevada.

. . .

IX.

True and correct copies of all pleadings and papers served upon Petitioner in the above-entitled action are filed herewith.

X.

This Petition is filed with the Court within thirty (30) days after Petitioner first learned that Plaintiff's past medical damages now totaled $17,553.87, her alleged future medical expenses totaled $876.335.34, and her alleged "Loss of Income" damages totaled $1,713,140.00, for a total of $2,607,009.21, as is evidenced on pages 5 and 6 of Plaintiff's Disclosure Statement **(Exhibit "C")**.

XI.

Plaintiff's claims for damages, as well as the complete diversity of the parties, meet the requisite requirements set forth by 28 U.S.C. §1441(b) and 29 U.S.C. §1332.

**PRAYER**

WHEREFORE, Defendant prays that the above-entitled action be removed from the Fourth Judicial District Court in and for Elko County, Nevada, to this Court.

DATED this 6th day of February, 2020.

PHILLIPS, SPALLAS & ANGSTADT LLC

_____
ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
DANIEL E. JOSLYN, ESQ.
Nevada Bar No. 14725
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of February, 2020, I served a true and correct copy of the foregoing, **DEFENDANT WAL-MART STORES, INC.'S PETITION FOR REMOVAL OF CIVIL ACTION**, as follows:

☒ By facsimile addressed to the following counsel of record, at the address listed below:

☒ By placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☐ By Hand Delivery (ROC); and/or

☒ By Electronic Filing/Service Notification through CM/ECF to:

| ATTORNEY OF RECORD | TELEPHONE/FAX | PARTY |
|---|---|---|
| KIDWELL & GALLAGHER, LTD.<br>Barbara W. Gallagher, Esq.<br>Nevada Bar No. 005315<br>790 Commercial Street<br>Elko, Nevada 89801 | Phone 775-738-1000<br>Fax    775-753-8600 | Plaintiff |

*/s/ Courtney Hackett*

An Employee of PHILLIPS, SPALLAS & ANGSTADT, LLC