STEPHEN S. KENT, ESQ.
Nevada State Bar No. 1251
KENT LAW, PLLC
201 W. Liberty Street, Suite 320
Reno, Nevada 89501
Telephone: (775) 324-9800
Facsimile: (775) 324-9803
Email: skent@skentlaw.com
Local Counsel for Defendant
WALMART INC., a Delaware Corp.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

In re:

BRENDA JOHNSON, an individual,

        Plaintiff(s),

vs.

WALMART STORES, INC., a Delaware
Corporation, d/b/a Walmart Supercenter
#2402; doing business in Nevada, DOES I
through X, and ROE Corporations VI
through X inclusive,

        Defendant(s).

Case No.: 3:20-CV-0094

**REQUEST FOR SUBSTITUTION AND WITHDRAWAL OF DEFENDANT WALMART INC.'S ATTORNEY**

Pursuant to SCR 46 and LR IA 11-6, WALMART STORES, INC., requests leave of court to substitute as its attorney Stephen S. Kent, Kent Law, PLLC, in the place and stead of Phillips, Spallas & Angstadt, LLC. The above-mentioned counsel and defendant, Walmart Stores, Inc., consent to such substitution and also requests leave of court by executing this substitution and withdrawal of attorneys below.

DATED this 25th day of February, 2020.

                              KENT LAW

                        BY: _____
                              STEPHEN S. KENT
                              201 W. Liberty Street, Suite 320
                              Reno, Nevada 89501
                              New Defendant Walmart Inc.'s counsel

DATED this 25th day of February, 2020.

PHILLIPS, SPALLAS & ANGSTADT, LLC.

BY: _____
DANIEL E. JOSLIN
Ninth Street
Las Vegas, NV 89101
Prior Defendant Walmart Inc.'s Counsel

MATT MONCOUR, Senior Counsel, Walmart Inc., hereby consents to this substitution.

DATED this ____ day of February, 2020

BY: _____
MATT MONCOUR
Senior Counsel
Walmart
702 SW 8th Street, MS 0215
Bentonville, AR 72716-0215

IT IS SO ORDERED.
DATED: February 27, 2020

_____
William G. Cobb
U.S. MAGISTRATE JUDGE

2