STEPHEN S. KENT, ESQ.
Nevada State Bar No. 1251
KENT LAW, PLLC
201 W. Liberty Street, Suite 320
Reno, Nevada 89501
Telephone: (775) 324-9800
Facsimile: (775) 324-9803
Email: skent@skentlaw.com
Local Counsel for Defendant
WALMART INC., a Delaware Corp.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| BRENDA JOHNSON, an individual,<br><br>　　　　　　Plaintiff(s),<br>vs.<br><br>WALMART STORES, INC., a Delaware Corporation, d/b/a Walmart Supercenter #2402; doing business in Nevada, DOES I through X, and ROE Corporations VI through X inclusive,<br><br>　　　　　　Defendant(s). | Case No.: 3:20-CV-00094<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

Plaintiff Brenda Johnson, and Defendant, WALMART, INC., through their undersigned counsel do hereby stipulate and agree that Plaintiff's claims asserted against Walmart Inc., and this entire action be dismissed with prejudice, with no allowance of costs to any party and with each party to bear their own attorney's fees and costs.

///

///

///

///

///

///

Dated this 12th day of ~~September~~ October 2020

Dated this 16 day of September, 2020

_____
Stephen S. Kent, Esq.
Kent Law
201 W. Liberty Street, Suite 320
Reno, NV 89501
775-324-9800
ATTORNEYS FOR DEFENDANT
WALMART STORES, INC.

_____
Barbara Gallagher, Esq.
Kidwell & Gallagher, Ltd
790 Commercial Street
Elko, NV 89801
775-738-1000
ATTORNEYS FOR PLAINTIFF
BRENDA JOHNSON

**IT IS SO ORDERED** this case is dismissed with prejudice, with no allowance of attorneys fees or costs to any party.

Dated this 13th day of October 2020

_____
UNITED STATES DISTRICT JUDGE